UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO VAZQUEZ MAYO,<br>Petitioner,<br>v.<br>RUBEN LEYVA, et al.,<br>Respondents. | No. 1:26-cv-05669-DJC-CKD P<br><br>ORDER |

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion to proceed in forma pauperis. The application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a). The court has conducted a preliminary review of the petition.

Good cause appearing, IT IS ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED
2. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

////

////

3. Petitioner's optional reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within seven (7) days after service with the response.

Dated: August 6, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mayo5669.res