SCOTT K. WILSON, Federal Public Defender (Utah #7347)
BENJAMIN C. MCMURRAY, Assistant Federal Public Defender (Utah #9926)
FEDERAL PUBLIC DEFENDER OFFICE
DISTRICT OF UTAH
46 West Broadway, Suite 110
Salt Lake City, UT 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060
Benji_McMurray@fd.org
Attorney for Petitioner, Bernardo Vazquez Mayo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO VAZQUEZ MAYO,<br><br>Petitioner,<br><br>v.<br><br>RUBEN LEYVA, Acting Field Office Director; *et al.*,<br><br>Respondents. | **No. 1:26-cv-05669-DJC-CKD P**<br><br>**~~PROPOSED~~ ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY** |

For the reasons stated in Petitioner's Motion for Extension of time to File Reply, and based on the agreement of the parties, the court GRANTS the motion. Petitioner's reply is hereby due on August 28, 2026.

Dated: August 17, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mayo5669.36rep